(137 So. 456)
## Walter VICKERY v. STATE.
### 6 Div. 2.

Supreme Court of Alabama.
Oct. 8, 1931.

Rehearing Denied Nov. 19, 1931.

J. B. Powell, of Jasper, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Walter Vickery for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Vickery v. State, 137 So. 456.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.